✎AO 245D    (Rev. 09/08) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__    District of    __ARKANSAS__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| MARCHELLO D. WILLIS | Case Number: | 6:07CR60016-001 |
|---|---|---|
| | USM Number: | 07139-010 |
| | Morse U. Gist | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __new law violation; standard conditions #2, #3, #6, #7; and__ __and special condition #2__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| New Law Violation | On 4/25/2014, offender pled guilty to two counts of 21 U. S.C. § 841(a)(1), Distribution of a Controlled Substance in case Docket #6:13CR60029-001. | 6/11/2013 |
| Standard Condition #2 | On or about 5/2 and 6/3, both of 2013, offender provided a false residence address of which he had been evicted from on or about 4/30/2013. | 6/3/2013 |
| Standard Condition #3 | From January through June 2013, offender advised the probation office he was attending substance abuse treatment at Day Spring Behavioral Health Services; however Day Spring reported offender had not attended treatment services since 12/6/2012. | 6/2013 |
| Standard Condition #6 | Offender was evicted from his residence on 4/30/2013 which he failed to report the eviction/change in address to the probation office. | 6/2013 |
| Standard Condition #7 | Offender was in possession of controlled substances, specifically cocaine base, on or about: 5/25; 7/25; 7/31; and 10/1, all of 2012.  The offender used cocaine on or about: 4/13; 4/25; 5/2; 5/7; and 5/23, all of 2012.  Offender also provided dilute/invalid specimens on: 6/8; 9/14; 9/14; 9/19; 10/5, all of 2012; and 5/17/2013. *(Cont'd on page 1A)* | 5/17/2013 |

    The defendant is sentenced as provided in pages 2 through __5__ of this judgment.  The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 4, 2014
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, U. S. District Judge
Name and Title of Judge

Date   September 8, 2014

AO　　(Rev. 09/11) Judgment in a Criminal Case for Revocations
　　　　Sheet 1A

Judgment—Page　2　of　5

DEFENDANT:　　MARCHELLO D. WILLIS
CASE NUMBER:　6:07CR60016-001

## ADDITIONAL VIOLATIONS

*(Cont'd from page 1)*

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special Condition #2 | On or about 5/29/2012, the offender was referred for outpatient substance abuse treatment at Day Springs Behavioral Health Services and instructed to attend one hour per week; however, on 6/13/2013, Day Spring advised the offender had not attended any counseling sessions since 12/6/2012. | 6/13/2013 |

AO 245D (Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 5

DEFENDANT: MARCHELLO D. WILLIS
CASE NUMBER: 6:07CR60016-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: eighteen (18) months with credit for time served in federal custody, to run concurrently with the sentence imposed in 6:13CR60029-001. No term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 4 of 5

DEFENDANT: MARCHELLO D. WILLIS
CASE NUMBER: 6:07CR60016-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ -0- | $ 1,170.00 | $ -0- |

*balance owed on original fine of $1,500

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X   the interest requirement is waived for the   X  fine   ☐ restitution.

    ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MARCHELLO D. WILLIS
CASE NUMBER: 6:07CR60016-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☒ Lump sum payment of $ __1,170.00__ due immediately, balance due

  ☐ not later than _____ , or
  ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

  If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.